**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1801**

In Re:  DANNY L. BLACKMON,

　　　　　Petitioner.

On Petition for Writ of Mandamus.  (7:03-cr-00077-F-1)

Submitted:  October 16, 2009　　　Decided:  November 18, 2009

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Danny L. Blackmon, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny L. Blackmon petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion seeking documents from his criminal case. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>